OLLIE OSTENDORF v. STATE.

No. A-1910. Opinion Filed January 12, 1914.

Appeal from County Court, Garfield County;
Winfield Scott, Judge.

Ollie Ostendorf was convicted of vagrancy, and appeals. Dismissed. A. J. Jones, for plaintiff in error.

Chas. West, Atty. Gen., and C. J. Davenport, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, Ollie Ostendorf, was convicted at the December, 1912, term of the county court of Garfield county on a charge of vagrancy, and his punishment fixed at a fine of $100 and imprisonment in the county jail for a period of thirty days. Upon application of counsel for plaintiff in error the appeal is hereby dismissed with directions to the trial court to enforce the judgment and sentence. Mandate is ordered forthwith.

CHARLES McKNIGHT v. STATE.

No. A-1606. Opinion Filed January 12, 1914.

Appeal from County Court, Pottawatomie County;
Ross F. Lockridge, Judge.

Charles McKnight was convicted of vagrancy, and appeals. Reversed.

Pitman & Goode, for plaintiff in error.

The Attorney General, for the State.

PER CURIAM. Plaintiff in error, Charles McKnight, was convicted of vagrancy in the county court of Pottawatomie county, and the judgment and sentence of the court was that he pay a fine of one hundred dollars. Error is assigned upon the ruling of the court in admitting evidence that the defendant's general reputation was that of a professional gambler. This is a companion case to the case of **Mitchell v. State**, 9 Okla. Cr. 172, 130 Pac. 1175, and the record presents the same questions of law. For the reasons set forth in the opinion in that case, the judgment of conviction is reversed, and the cause remanded.